1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRUCE PALMER,                                )      Case No.: 12-CV-05751-LHK
                                             )
                 Plaintiff,                  )
        v.                                   )      ORDER GRANTING SECOND
                                             )      STIPULATION TO EXTEND TIME TO
PALISADES COLLECTIONS, LLC, and              )      RESPOND TO COMPLAINT
DOES 1 through 10, inclusive,                )
                                             )
                 Defendants.                 )
                                             )
                                             )
_____)

        Plaintiff Bruce Palmer filed this action on November 8, 2012, against Defendants Palisades

Collections, LLC, and Does 1 through 10, alleging claims for violation of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, and violation of the Fair Debt Collection Practices Act, Cal. Civ.

Code § 1788.  *See* ECF No. 1.  On December 6, 2012, the parties filed a Stipulation to Extend

Time to Respond to the Complaint to December 28, 2012.  ECF No. 6.  On December 21, 2012, the

parties filed a Second Stipulation to Extend Time to Respond to Complaint to January 11, 2013.

ECF No. 11.  Although the Court GRANTS the parties' Second Stipulation to Extend Time to

Respond to the Complaint, ECF No. 11, further extensions will be disfavored.

**IT IS SO ORDERED.**

Dated: January 2, 2013                          *Lucy H. Koh*
                                                _____
                                                LUCY H. KOH
                                                United States District Judge

Case No.: 12-CV-04811-LHK
ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING