**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRUCE PALMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PALISADES COLLECTIONS, LLC, and ) <br> DOES 1 through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 12-CV-05751-LHK <br><br> ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiff Bruce Palmer filed this action on November 8, 2012, against Defendants Palisades Collections, LLC, and Does 1 through 10, alleging claims for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and violation of the Fair Debt Collection Practices Act, Cal. Civ. Code § 1788. *See* ECF No. 1. On December 6, 2012, the parties filed a Stipulation to Extend Time to Respond to the Complaint to December 28, 2012. ECF No. 6. On December 21, 2012, the parties filed a Second Stipulation to Extend Time to Respond to Complaint to January 11, 2013. ECF No. 11. Although the Court GRANTS the parties' Second Stipulation to Extend Time to Respond to the Complaint, ECF No. 11, further extensions will be disfavored.

**IT IS SO ORDERED.**

Dated: January 2, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge