UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE PALMER, | Case No.: 12-05751-LHK |
| Plaintiff, | |
| v. | ORDER SUGGESTING STIPULATION OF DISMISSAL |
| PALISADES COLLECTIONS, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

On January 14, 2013, Plaintiff filed a Notice of Settlement informing the Court that the parties have reached a settlement and, consequently, Plaintiff anticipates filing a notice of withdrawal of the Complaint and voluntary dismissal of this action with prejudice within 60 days. ECF No. 14. Accordingly, by March 14, 2013, Plaintiff shall file a stipulation of dismissal of this action with prejudice. If unable to do so, the parties shall file a joint case management statement which includes an explanation of why the case has not been dismissed. A case management conference shall be set for March 20, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-05751-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL