UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE PALMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PALISADES COLLECTIONS, LLC; and DOES ) <br> 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-05751-LHK <br><br> ORDER SUGGESTING STIPULATION OF DISMISSAL |

On January 14, 2013, Plaintiff filed a Notice of Settlement informing the Court that the parties have reached a settlement and, consequently, Plaintiff anticipates filing a notice of withdrawal of the Complaint and voluntary dismissal of this action with prejudice within 60 days. ECF No. 14.  Accordingly, by March 14, 2013, Plaintiff shall file a stipulation of dismissal of this action with prejudice.  If unable to do so, the parties shall file a joint case management statement which includes an explanation of why the case has not been dismissed.  A case management conference shall be set for March 20, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_____
LUCY H. KOH
United States District Judge