1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11   Bruce Palmer,                           Case No.: 5:12-cv-05751-LHK

12              Plaintiff,                    [PROPOSED] ORDER

13        vs.

14   Palisades Collections, LLC ; and DOES 1-
     10, inclusive,
15
16              Defendants.

17

18        Based on the Stipulation of counsel, the case is dismissed with prejudice, each

19   party to bear its own attorney fees and costs.

20

21   Date: 2/15/2013 _____         _____Lucy H. Koh_____

22                                   Judge: Hon. Lucy H. Koh

23

24

25

26

27

28

5:12-cv-05751-LHK                                   STIPULATION OF DISMISSAL