UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Palmer,<br><br>        Plaintiff,<br><br>   vs.<br><br>Palisades Collections, LLC ; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:12-cv-05751-LHK<br><br>**[PROPOSED]** ORDER |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 2/15/2013                    /s/ Lucy H. Koh

                                            Judge: Hon. Lucy H. Koh